The Law Offices of Jeffrey Lohman, P.C.
IBRAHIM MUHTASEB (State Bar No. 299472)
4740 Green River Road
Suite 206
Corona, CA 92880
Telephone:  866-329-9217
Facsimile:  714-362-0097
Email:  IbrahimM@jlohman.com
Attorneys for Plaintiff
JACQUELINE MUNOZ

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| JACQUELINE MUNOZ, | ) Case No.: **2:17-cv-02700-MCE-CKD** |
| | ) |
| Plaintiff, | ) **JOINT NOTICE OF VOLUNTARY** |
| vs. | ) **DISMISSAL** |
| | ) |
| JPMORGAN CHASE & CO., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**PLEASE TAKE NOTICE** the parties to this action, acting through counsel, and

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a

negotiated settlement executed by them, to the Dismissal With Prejudice of this action, with each

party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED,

DATED: March 27, 2018

**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**

By: */s/ Ibrahim Muhtaseb*
Ibrahim Muhtaseb

- 1 -

Attorneys for Plaintiff

DATED: March 27, 2018

**STROOCK & STROOCK & LAVAN LLP**

By: */s/ Erick K. Kuylman*
Erick K. Kuylman
Attorneys for Defendant

- 2 -

I, Ibrahim Muhtaseb, hereby certify that the content of this Joint Motion To Dismiss Case with Prejudice is acceptable to the parties whose signatures appear above, and that said parties authorize Counsel to affix their CM/ECF electronic signature to the this document.

DATED:  March 27, 2018

> THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
>
> By:  */s/ Ibrahim Muhtaseb*
> Ibrahim Muhtaseb
> Attorneys for Plaintiff

- 3 -